UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABSTRAX, INC, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>SUN MICROSYSTEMS, INC., <br><br>　　　　Defendant. | Case No. 4:09-CV-5243-PJH <br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE <br><br>Judge: Hon. Phyllis J. Hamilton |

Having read and considered the parties' Stipulated Request to Reschedule the Case Management Conference,

IT IS HEREBY ORDERED that the parties' Stipulated Request to Reschedule the Case Management Conference is GRANTED, and the Case Management Conference is rescheduled for APRIL 8, 2010 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 3/18/2010

_____
Hon. Phyllis J. Hamilton
Judge, United States District Court

[GRANTED — signed by Judge Phyllis J. Hamilton]

Case No. 4:09-CV-5243
[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO
RESCHEDULE THE CASE MANAGEMENT CONFERENCE

**HOWREY LLP**

DM_US:23157496_1