1  Gregory S. Dovel (State Bar No. 135387)
   greg@dovellaw.com
2  Jeff Eichmann (State Bar No. 227472)
   jeff@dovellaw.com
3  DOVEL & LUNER, LLP
4  201 Santa Monica Blvd., Suite 600
   Santa Monica, California 90401
5  (310) 656-7066
   (310) 656-7069 fax
6
7  Attorneys for Plaintiff and Counterdefendant
   Abstrax, Inc.
8
   Thomas M. Dunham (*pro hac vice*)
9  dunhamt@howrey.com
   J. Michael Woods (*pro hac vice*)
10 woodsm@howrey.com
   Howrey LLP
11 1299 Pennsylvania Avenue, N.W.
   Washington, DC  20004-2402
12 Telephone:  (202) 783-0800
13 Facsimile:   (202) 383-6610

14 Attorneys for Defendant and Counterplaintiff
   Sun Microsystems, Inc.
15
16 [additional counsel on the next page]

17
18                    UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA
20                         SAN FRANCISCO DIVISION

21
22 | ABSTRAX INC., | ) Case No. C-09-5243-PJH |
   | --- | --- |
23 | Plaintiff, | ) **STIPULATION ON BRIEFING** |
   |  | ) **DATES FOR DISCOVERY** |
24 | vs. | ) **MOTIONS** |
   |  | ) |
25 | SUN MICROSYSTEMS, INC., | ) Judge: Hon. Phyllis J. Hamilton |
   |  | ) |
26 | Defendant. | ) |
27 |  | ) |

28

1  Irene Yang (SBN 245464)
   yangi@howrey.com
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, California  94105
4  Telephone: (415) 848-4900
   Facsimile:  (415) 848-4999
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.  C-09-5243-PJH
STIPULATION ON BRIEFING DATES
FOR DISCOVERY MOTIONS

2

1  Pursuant to Pretrial Order No. 1 (Dkt. No. 190), dated April 9, 2010, Defendant Sun
2  Microsystems, Inc. ("Sun") and Plaintiff Abstrax, Inc. ("Abstrax") stipulate to the briefing
3  schedule below for the parties' motions related to CDT discovery and respectfully request that
4  the Court enter an Order accordingly:

- May 10, 2010 –  Sun files revised motion for a protective order and Abstrax files revised motion to compel production regarding CDT discovery.
- May 24, 2010 –  Each party files its opposition brief.
- June 7, 2010 –  Each party files its reply brief.
- The parties will not seek to file sur-replies.
- The parties will attend mediation within 30 days after the Court's ruling on these discovery motions.

IT IS SO STIPULATED.

Dated: April 28, 2010                    Respectfully submitted,

                                         HOWREY LLP


                                         By:  /s/*Irene Yang*
                                              Irene Yang
                                              Attorneys for Defendant
                                              SUN MICROSYSTEMS, INC.

Dated: April 28, 2010                    DOVEL & LUNER, LLP


                                         By:  /s/*John Jeffrey Eichmann*
                                              John Jeffrey Eichmann
                                              Attorneys for Plaintiff
                                              ABSTRAX, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: __May 3_____, 2010

_____
Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

**CERTIFICATION BY IRENE YANG PURSUANT TO GENERAL RULE. NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.      I am an attorney licensed to practice law in the state of California, and an associate in the law firm of Howrey LLP, counsel for defendant Sun Microsystems, Inc.  The statements herein are made on my personal knowledge and if called as a witness I could and would testify thereto.

2.      The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of April, 2010, at San Francisco, California.

                                        */s/ Irene Yang*
                                        Irene Yang

Case No.  C-09-5243-PJH
STIPULATION ON BRIEFING DATES
FOR DISCOVERY MOTIONS