1

Thomas M. Dunham  (appearing *pro hac vice*)
J. Michael Woods (appearing *pro hac vice*)

2

**NOVAK DRUCE + QUIGG LLP**
300 New Jersey Avenue, NW

3

Fifth Floor
Washington, DC 20001

4

Telephone:   (202) 659-0100
Facsimile:    (202) 659-0105

5

Email: thomas.dunham@novakdruce.com
Email: michael.woods@novakdruce.com

6

Stephanie R. Wood (State Bar No. 242572)

7

**NOVAK DRUCE + QUIGG LLP**
555 Mission Street

8

Thirty-Fourth Floor
San Francisco, CA  94105

9

Telephone:   (415) 814-6161
Facsimile:    (415) 814-6165

10

Email: stephanie.wood@novakdruce.com

11

Attorneys for Defendant and Counterplaintiff
SUN MICROSYSTEMS, INC.

12

13

IN THE UNITED STATES DISTRICT COURT

14

FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

OAKLAND DIVISION

16

17

ABSTRAX, INC.,

18

19

               Plaintiff,

          v.

20

21

SUN MICROSYSTEMS, INC.,

22

23

               Defendant.

24

25

26

27

Case No.:  C 09-05243 PJH

**NOTICE OF SUBSTITUTION OF COUNSEL**

**[~~PROPOSED~~ ORDER]**

28

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**
**CASE NO. C 09-05243 PJH**

1

1      PLEASE TAKE NOTICE THAT Defendant Sun Microsystems, Inc. ("Sun"), hereby

2   substitutes Novak Druce + Quigg LLP as its attorneys of record in this action in place of Howrey

3   LLP.

4
      All pleadings, orders and notices should henceforth be served upon Stephanie Wood at
5
   Novak Druce + Quigg LLP, 555 Mission St, 34th Floor, San Francisco, California 94105, telephone
6
   number (415) 814-6161, facsimile number (415) 814-6165.
7

8
   Dated:  July 27, 2010
9
                                              NOVAK DRUCE + QUIGG LLP
10

11                                               /s/ Stephanie R. Wood
                                              Stephanie R. Wood (State Bar No. 242572)
12                                            *Attorneys for Defendant*
                                              SUN MICROSYSTEMS, INC.
13

14
      I consent to the above substitution of counsel.
15
   Dated:                                     HOWREY LLP
16

17
                                              Irene Yang (State Bar No. 245464)
18                                            *Attorneys for Defendant*
                                              SUN MICROSYSTEMS, INC.
19

20

21

22

23

24

25

26

27

28   **NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**
     **CASE NO. C 09-05243 PJH**
                                              2

1

2      I consent to the above substitution of counsel.

3    Dated:                                              ORACLE CORPORATION FOR SUN
                                                         MICROSYSTEMS, INC.[1]
4

5

6
                                                         _____
7                                                        Rachel Eichenbaum
                                                         *Legal Counsel*
8                                                        ORACLE CORPORATION

9

10

11

12   IT IS SO ORDERED.

13   Dated:

14

15                                                       _____
                                                         Honorable Phyllis J. Hamilton
16

17

18

19

20

21

22

23

24

25

26   [1] On February 15, 2010, Oracle USA, Inc. merged with and into Sun Microsystems, Inc. Sun
     Microsystems, Inc., the surviving corporation, was then renamed "Oracle America, Inc." ("OAI").
27   Non-party Oracle Corporation owns 100% of the common stock of OAI.

28   **NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**
     **CASE NO. C 09-05243 PJH**
                                                    3

PLEASE TAKE NOTICE THAT Defendant Sun Microsystems, Inc. ("Sun"), hereby substitutes Novak Druce + Quigg LLP as its attorneys of record in this action in place of Howrey LLP.

All pleadings, orders and notices should henceforth be served upon Stephanie Wood at Novak Druce + Quigg LLP, 555 Mission St, 34th Floor, San Francisco, California 94105, telephone number (415) 814-6161, facsimile number (415) 814-6165.

Dated: July 27, 2010

NOVAK DRUCE + QUIGG LLP

_____

Stephanie R. Wood (State Bar No. 242572)
*Attorneys for Defendant*
SUN MICROSYSTEMS, INC.

I consent to the above substitution of counsel.

Dated: July 27, 2010

HOWREY LLP

_____

Irene Yang (State Bar No. 245464)
*Attorneys for Defendant*
SUN MICROSYSTEMS, INC.

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**
**CASE NO. C 09-05243 PJH**

2

1

2      I consent to the above substitution of counsel.

3   Dated:                              ORACLE CORPORATION FOR SUN
4        8/5/10                         MICROSYSTEMS, INC.[1]

5

6       _Rachel Eich_____

7       Rachel Eichenbaum
        *Legal Counsel*
8       ORACLE CORPORATION

9

10

11

12  IT IS SO ORDERED.

13  Dated:  8/9/10

14

15

16

17

18

19

20

21

22

23

24

25

---

26  [1] On February 15, 2010, Oracle USA, Inc. merged with and into Sun Microsystems, Inc. Sun
    Microsystems, Inc., the surviving corporation, was then renamed "Oracle America, Inc." ("OAI").
27  Non-party Oracle Corporation owns 100% of the common stock of OAI.

28  **NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**
    **CASE NO. C 09-05243 PJH**

3