Gregory S. Dovel (State Bar No. 135387)
greg@dovellaw.com
Jeff Eichmann (State Bar No. 227472)
jeff@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
(310) 656-7066
(310) 656-7069 fax

Attorneys for Plaintiff

Abstrax, Inc.

Stephanie Wood (SBN 242572)
Stephanie.wood@novakdruce.com
NOVAK DRUCE + QUIGG LLP
555 Mission Street
Thirty-Fourth Floor
San Francisco, California 94105
Telephone: (415) 814-6161
Facsimile: (415) 814-6165

Thomas M. Dunham (*Pro Hac Vice*)
Thomas.dunham@novakdruce.com
J. Michael Woods (*Pro Hac Vice*)
Michael.woods@novakdruce.com
NOVAK DRUCE + QUIGG LLP
300 New Jersey Avenue
Fifth Floor
Washington, DC 20001
Tel: (202) 659-0100
Fax: (202) 659-0105

Attorneys for Defendant

Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABSTRAX INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUN MICROSYSTEMS, INC.,<br><br>　　　　Defendant. | Case No. 4:09-CV-5243-PJH<br><br>**STIPULATED REQUEST TO RESCHEDULE THE DEADLINE FOR MEDIATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Phyllis J. Hamilton |

Pursuant to Civil L.R. 6-2, Defendant Sun Microsystems, Inc. ("Sun") respectfully requests that the Court reschedule the deadline for the parties to conduct mediation to October 29, 2010. Plaintiff Abstrax, Inc. ("Abstrax") stipulates to this request.

CIVIL ACTION NO.: 4:09-CV-5243-PJH
STIPULATED REQUEST TO RESCHEDULE THE DEADLINE FOR MEDIATION AND [PROPOSED] ORDER

In Pretrial Order No. 1, the Court specified that mediation "should take place within 30 days of the Court's ruling on the discovery-related motions." *See* Pretrial Order No. 1, Doc. No. 190. On August 3, 2010, the Court ruled on these discovery-related motions and granted Abstrax's motion to compel production from Sun. *See* Order re Discovery Motions, Doc. No. 207.

In light of the Court's order, the parties are now conducting additional discovery related to Sun's CDT software tool including, an inspection of source code, document production, and depositions. However, the parties do not foresee completing this additional discovery prior to the Court's current deadline for mediation. The parties strongly believe that any mediation would be much more effective if the parties complete this additional discovery prior to the mediation.

Thus, Sun requests that the Court reschedule the deadline for conducting mediation to October 29, 2010.

Dated: September 1, 2010

By: */s/ Stephanie Wood*
Stephanie Wood
NOVAK DRUCE + QUIGG LLP
Attorney for Defendant
SUN MICROSYSTEMS, INC.

By: */s/ John Jeffrey Eichmann*
John Jeffrey Eichmann
DOVEL & LUNER, LLP
Attorney for Plaintiff
ABSTRAX, INC.
.

CIVIL ACTION NO.: 4:09-CV-5243-PJH
STIPULATED REQUEST TO RESCHEDULE THE DEADLINE FOR MEDIATION AND [PROPOSED] ORDER

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: __September 1__, 2010



28 CIVIL ACTION NO.: 4:09-CV-5243-PJH
STIPULATED REQUEST TO RESCHEDULE THE DEADLINE FOR MEDIATION AND [PROPOSED] ORDER

**CERTIFICATION BY STEPHANIE WOOD PURSUANT TO GENERAL RULE. NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California, and an associate in the law firm of Novak Druce + Quigg LLP, counsel for defendant Sun Microsystems, Inc. The statements herein are made on my personal knowledge and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of September, 2010, at San Francisco, California.

*/s/ Stephanie Wood*
Stephanie Wood

CIVIL ACTION NO.: 4:09-CV-5243-PJH
STIPULATED REQUEST TO RESCHEDULE THE DEADLINE FOR MEDIATION AND [PROPOSED] ORDER