**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ABSTRAX, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>    Defendant. | No. CV 09-5243 PJH (NJV)<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND MOTION TO SEAL**<br><br>(Docket Nos. 216, 218, 220) |

The district court has referred the parties' discovery motions and all future discovery matters to this Court for determination. Doc. No. 215. The following motions are pending: Defendant Sun Microsystems, Inc.'s motion for a protective order; Plaintiff Abstrax's motion for case-dispositive sanctions and, alternatively, for further discovery and evidentiary sanctions; and Plaintiff's motion to seal portions of its sanctions motion. Doc. Nos. 216, 218, 220. The parties filed a stipulation regarding the briefing schedule for the protective order and sanctions motions. Doc. No. 221. The Court grants the parties' stipulation regarding the briefing schedule: 1) opposition briefs are due by May 27, 2011; and 2) reply briefs are due by June 7, 2011. The hearing on the pending motions will be set for Wednesday, June 22, 2011 at 10:00 a.m. in the Eureka courthouse. The parties may appear by telephone and need to contact the courtroom deputy, Gloria Masterson, by email to confirm their telephone appearance (Gloria_Masterson@cand.uscourts.gov).

Regarding Plaintiff's motion to seal portions of its sanctions motion,[1] Defendant has not yet filed its declaration in support of its confidentiality designations as required by Local Rule 79-5(d). Defendant must file the required declaration by close of business Friday, May 20, 2011, or the unredacted version of Plaintiff's motion will be publicly filed.

**IT IS SO ORDERED.**

Dated: May 16, 2011

NANDOR J. VADAS
United States Magistrate Judge

---

[1] The Court refers the parties to the Northern District's General Order 62, available on the court's website (www.cand.uscourts.gov/generalorders), and to a step by step guide to e-filing documents under seal, available on the district court's ECF site (on www.ecf.cand.uscourts.gov, select FAQs   How do I...?   E-file Under Seal).