**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ABSTRAX, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>          Defendant. | No. CV 09-5243 PJH (NJV)<br><br>**ORDER REGARDING MOTION TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**<br><br>(Docket No. 226) |

The district court has referred the parties' discovery motions and all future discovery matters to this Court for determination. Doc. No. 215. On May 27, 2011, Plaintiff filed a redacted opposition to Defendant's motion for a protective order, but did not file a corresponding motion to seal its opposition as required by Local Rule 79-5(c). Doc. No. 226. Plaintiff is ordered to file its motion to seal by close of business Monday, June 6, 2011. To the extent that the subject matter to be sealed in Plaintiff's opposition was addressed in Plaintiff's motion to seal portions of its motion for sanctions (Doc. No. 220), the parties are instructed to clearly identify the overlap. The parties are instructed to carefully review the Local Rules and General Order 62 regarding the sealing of documents.

**IT IS SO ORDERED.**

Dated: June 2, 2011

NANDOR J. VADAS
United States Magistrate Judge