IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ABSTRAX, INC., <br><br>        Plaintiff, <br><br>    v. <br><br> SUN MICROSYSTEMS, INC., <br><br>        Defendant. | No. CV 09-5243 PJH (NJV) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE FOR ADDITIONAL DISCOVERY** <br><br> (Docket No. 241) |

The district court has referred the parties' discovery motions and all future discovery matters to this Court for determination. Doc. No. 215. In orders dated June 27 and July 5, 2011, the Court ordered Defendant Sun Microsystems, Inc.'s to produce additional discovery by July 26 and August 4, 2011, respectively. Doc. Nos. 236, 239. Defendant moves to extend both deadlines to August 31, 2011 because the Sun employee responsible for facilitating the additional discovery is unavailable for most of July and part of August 2011. Doc. No. 241. Plaintiff Abstrax, Inc. does not oppose Sun's request provided that "(a) Sun does not delay in its investigation and collection efforts (and continues any such efforts that are in progress) and (b) Sun produces, by the existing deadlines, the information and documents it has located as of those dates." Def.'s Mot. at 2.

Having carefully considered the papers submitted, and for good cause shown, the Court **grants** Sun's motion to extend both deadlines to August 31, 2011.

**IT IS SO ORDERED.**

Dated: July 18, 2011

NANDOR J. VADAS
United States Magistrate Judge