# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ABSTRAX, INC. | CASE NO. 4:09-CV-5243-PJH |
| Plaintiff, | [~~Proposed~~] Order Entering Stipulated Schedule |
| vs. | |
| SUN MICROSYSTEMS, INC., | |
| Defendant. | |

## ORDER

Before the Court is the Joint Request of Plaintiff Abstrax, Inc. and Defendant Sun Microsystem, Inc. to Enter Stipulated Schedule.  Having considered the request, and good cause appearing, the Court hereby grants the Request and Sets the following deadlines:

- October 12, 2012:  deadline to file dispositive motions and *Daubert* motions
- October 26, 2012:  deadline to file oppositions to dispositive motions and *Daubert* motions
- October 31, 2012:  deadline to file reply briefs in support of dispositive motions and *Daubert* motions
- November 14, 2012[1]:  hearing on dispositive motions and *Daubert* motions
- November 30, 2012:  deadline for parties to participate in further mediation

---

[1] This deadline has been previously set and is incorporated here for reference.

1  DATE: 10/12/12



_____
J. HAMILTON
District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28