1
2
3
4
5        **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**
6        **OAKLAND DIVISION**

7  ABSTRAX, INC.                    CASE NO. 4:09-CV-5243-PJH

8           Plaintiff,              **[Proposed] Order on Stipulated dismissal**

9  vs.

10                                  Judge: Hon. Phyllis J. Hamilton
   SUN MICROSYSTEMS, INC.,
11
            Defendant.
12

13    AND NOW, upon consideration of the Parties' Stipulated Dismissal, IT IS HERBY

14 ORDERED that:

15    This action is dismissed with prejudice and each party to bear its own costs.

16

17 Date: 1/3/13
                                    _____
18                                  HONORABLE PHYLLIS J. HAMILTON
                                    United States District Judge
19

IT IS SO ORDERED
Judge Phyllis J. Hamilton