1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ABSTRAX, INC. | CASE NO. 4:09-CV-5243-PJH |
| Plaintiff, | [~~Proposed~~] **Order on Stipulated dismissal** |
| vs. | |
| SUN MICROSYSTEMS, INC., | Judge: Hon. Phyllis J. Hamilton |
| Defendant. | |

AND NOW, upon consideration of the Parties' Stipulated Dismissal, IT IS HERBY ORDERED that:

This action is dismissed with prejudice and each party to bear its own costs.

Date: 1/3/13

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*